UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. EDCV 15-02086-VAP (KK) | | Date November 30, 2015 |
| Title LATASHA FULLER-MORGAN -v- INTERNATIONAL PAPER COMPANY, ET AL. | | |

| Present: The Honorable | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Marva Dillard | Phyllis Preston | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| JACOB LARSEN | MICHELLE BRAUER ABIDOYE<br>JOHNNIE A. JAMES<br>KATHLEEN J. CHOI | |

Proceedings: PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT, [ECF 9]; SCHEDULING CONFERENCE;

   Court issues a tentative ruling, hears oral argument and takes the matter under submission.

   The scheduling conference is taken off calendar.

   -   :   5

Initials of Preparer   md